IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CELTIC BANK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASHWOOD AK TECH INC., et al.,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE**<br><br>Case No. 2:25-cv-00782-RJS<br><br>District Judge Robert J. Shelby |

Before the court is Plaintiff Celtic Bank Corporation's Ex Parte Motion for Alternative Service.[1] For the reasons explained below, the court GRANTS the Motion.

Under Federal Rule of Civil Procedure 4(e), an individual located within a judicial district of the United States may be served by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."[2] Corporations may be served in the same way.[3] California state law provides the court "may direct that summons be served in a manner which is reasonably calculated to give actual notice to the party to be served."[4] At least one court in this District has

---

[1] Dkt. 10, *Ex Parte Motion for Alternative Service* (*Motion*).

[2] Fed. R. Civ. P. 4(e).

[3] *Id.* 4(h).

[4] Cal. Civ. Proc. Code § 413.30. Celtic Bank asks the court to review its Motion under an amended version of this statute explicitly authorizing service by email. *See Motion* at 7–8 (citing Dkt. 10-1, *Exhibit A* (2025 Cal. Legis. Serv. Ch. 403 (West) (amending Cal. Civ. Proc. Code § 413.30))). The court notes the amended statute is likely not yet effective. *See* Cal. Gov't Code § 9600(a). Accordingly, the court declines to consider Celtic Bank's request under the amended version of the statute.

1

previously permitted a plaintiff to serve a California defendant by email and certified mail.[5]

Here, Defendants are located in California,[6] so service may be made according to California law. Under penalty of perjury, counsel avers service at all the following physical addresses and email addresses is reasonably calculated to give Defendants actual notice of this action:[7]

- Ashwood AK Tech, Inc.
    - 3111 Los Feliz Blvd., Suite 210  
      Los Angeles, CA 90039
    - 17425 Chatsworth St., Ste 201-A  
      Grenada Hills, CA 91344
    - c/o Alexander Kegeyan  
      7027 Firmament Ave.  
      Van Nuys, CA 91406-5108
    - alexkegeya@gmail.com

- Alexander Kegeyan
    - 3111 Los Feliz Blvd., Suite 210  
      Los Angeles, CA 90039
    - c/o Alexander Kegeyan  
      7027 Firmament Ave.  
      Van Nuys, CA 91406-5108
    - alexkegeya@gmail.com

- Ashwood Technologies, Inc.
    - 17425 Chatsworth St., Unit 201  
      Granada Hills, CA 91344
    - 8041 Wilkinson Ave.  
      North Hollywood, CA 91605
    - 7559 Whitesett Ave., #1  
      North Hollywood, CA 91605
    - ishkhanarakelyan66@gmail.com

---

[5] *See Tycon Sys., Inc. v. Tycon Sec. Advantage Sys. LLC*, No. 2:24-cv-350 HCN DBP, 2024 WL 2819287, at *1–2 & *1 n.6 (D. Utah June 3, 2024) (granting motion for alternative service and collecting cases finding California law authorizes service by email).

[6] *See* Dkt. 1, *Verified Complaint* ¶¶ 10–12; Dkt. 11, *Declaration in Support of Ex Parte Motion for Alternative Service* (*Strassberg Declaration*) ¶¶ 4–6.

[7] *See Motion* at 4–6, 8–9; *Strassberg Declaration* ¶¶ 3–14.

Having reviewed the Motion and counsel's Declaration, the court concludes service by certified mail and email as proposed by Celtic Bank is reasonably calculated to provide Defendants with notice of this action under California law.

Therefore, the court GRANTS Celtic Bank's Motion.[8]  Celtic Bank shall serve a copy of the Summons, Verified Complaint, and this Order on each Defendant by certified mail and email to each of the addresses set forth above within seven days.  Celtic Bank shall also file proof of service on the docket within seven days of effecting service.

SO ORDERED this 14th day of November 2025.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

---

[8] Dkt. 10.